IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EVERYDAY CALIFORNIA HOLDINGS, LLC,<br><br>　　　　　Defendant. | Civil Action No. 3:20-cv-00704 |

## NOTICE OF SETTLEMENT

Plaintiff Eric Foreman, by and through his undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Everyday California Holdings, LLC. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: October 1, 2020   　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet (PA Bar No. 87338)
　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　　　　　Phone: 412-857-5350

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Eric Foreman*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 1st day of October, 2020.

  */s/ Benjamin J. Sweet*
Benjamin J. Sweet
