IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>EVERYDAY CALIFORNIA HOLDINGS, LLC,<br><br>        Defendant. | Civil Action No. 3:20-cv-00704 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Eric Foreman filed the above-referenced case against Defendant Everyday California Holdings, LLC, on July 17, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: December 21, 2020        Respectfully Submitted,

   */s/ Benjamin Sweet*
   Benjamin J. Sweet (PA Bar No. 87338)
   ben@nshmlaw.com
   **NYE, STIRLING, HALE & MILLER, LLP**
   1145 Bower Hill Road, Suite 104
   Pittsburgh, PA 15243
   Phone: 412-857-5350

   *Attorneys for Plaintiff Eric Foreman*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 21st day of December, 2020.

                                              */s/ Benjamin J. Sweet*
                                                Benjamin J. Sweet