IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:20-CV-00704-MAB |
| | ) |
| EVERYDAY CALIFORNIA HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal filed on December 21, 2020 (Doc. 16) and the Order entered on December 22, 2020 (Doc. 17), this action is voluntarily **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), each party to bear its own costs and fees.

DATED: December 22, 2020

                                                **MARGARET M. ROBERTIE,**
                                                **Clerk of Court**

                                                BY: /s/ *Jennifer Jones*
                                                        **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**